UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR LOPEZ,

                      Plaintiff,

      - against -

BLUE ECHO CARE LLC,

                    Defendant.

26-cv-2213 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to discuss settlement and provide an update to the Court by **May 13, 2026.** Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
          March 12, 2026

                              John G. Koeltl
                   United States District Judge